UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABE PARKER, III,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:22-cv-00158-BAK (BAM)<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>(Doc. 2.)<br><br>**ORDER DIRECTING CLERK TO ISSUE SUMMONS AND SCHEDULING ORDER** |

　　　　Plaintiff Abe Parker, III, initiated this action seeking judicial review of an administrative decision of the Commissioner of Social Security on February 7, 2022. (Doc. 1.) Concurrent with the complaint, Plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2.) On February 9, 2022, the Court found that Plaintiff's application was insufficient for the Court to determine if Plaintiff was entitled to proceed without prepayment of fees in this action. The Court therefore directed Plaintiff to complete and file a long form application or pay the $402.00 filing fee for this action. (Doc. 4.) On March 1, 2022, Plaintiff paid the filing fee for this action. In light of this payment, Plaintiff's application to proceed *in forma pauperis* is no longer necessary and will be denied as moot.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is denied as moot;
2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order; and
3. The Clerk of the Court is directed to issue summons and service shall proceed under the Court's E-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated: **March 7, 2022**         /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE